**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-1933**
_____

ROSARIO A. FIORANI, JR.,

Plaintiff - Appellant,

versus

RUST FEDERAL SYSTEMS,

Defendant - Appellee,

and

B. WILLIAM BASHEER; JACQUE L. BLUNDELL,

Defendants.

_____

**No. 96-1995**
_____

ROSARIO A. FIORANI, JR.,

Plaintiff - Appellant,

versus

CACI, INCORPORATED,

Defendant - Appellee,

and

TRACI BOWLES; KATHLEEN TRESIAK; WILLIAM J.
CLANCY, JR.; WOODSIDE EMPLOYMENT CONSULTANTS
OF WASHINGTON, INCORPORATED; BABA IBRAHIM,

Defendants.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, T. S. Ellis, III, District Judges.  (CA-96-212-A, CA-95-1536-A)

---

Submitted:  September 24, 1996          Decided:  October 9, 1996

---

Before ERVIN, HAMILTON, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Rosario A. Fiorani, Jr., Appellant Pro Se.  William Edward Findler, Arlington, Virginia; Allen Scott Rugg, KUTAK, ROCK, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rosario A. Fiorani, Jr., appeals from the district court's orders denying his requests for hearing transcripts at government expense. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Fiorani v. Rust Fed. Sys., No. CA-96-212-A; Fiorani v. Caci, Inc., No. CA-95-1536-A (E.D. Va. June 26, 1996). We deny Appellee Caci, Inc.'s, motion to dismiss and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED